■ BARBARA BERGSTEIN, Respondent, v DANIEL BERGSTEIN, Appellant. [637 NYS2d 929] —Order, Supreme Court, New York County (Lewis Friedman, J.), entered April 14, 1995, which awarded plaintiff an additional interim attorney's fee of $40,000, unanimously affirmed, without costs.

The court properly awarded the additional interim fees during the trial of this action (*see, Hinden v Hinden*, 122 Misc 2d 552, 559) "to provide a rough equality in the resources available to each party" (*Wolf v Wolf*, 160 AD2d 555, 556, citing *Hinden v Hinden, supra*), especially where defendant's obstructionist conduct prolonged the litigation (*Merrick v Merrick*, 190 AD2d 515, 516). "The additional interim fees will be taken into account in determining the amount of the equitable distribution award * * * at which time defendant will have ample opportunity to raise any objection as to necessity or amount of the sums expended." (*Plawner v Plawner*, 208 AD2d 408.) Concur—Rosenberger, J. P., Rubin, Kupferman, Nardelli and Tom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL DEJESUS, Appellant. [637 NYS2d 929] —Judgment, Supreme Court, New York County (Bonnie Wittner, J.), rendered on or about May 24, 1994, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Rosenberger, J. P., Rubin, Kupferman, Nardelli and Tom, JJ.